IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                               :        CRIMINAL ACTION

        v.                                  :

                                               :        No. 23-130

HENRY FORD                          :
REG. NO. 65249-053

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Trial** on **October 8, 2024  9:30 a.m**. before the **Honorable Joel H. Slomsky** in **Courtroom 13-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:        Kelly Ann Haggerty
            Courtroom Deputy to J. Joel H. Slomsky
            Phone: 267.299-7341

Date:      8/22/2024

cc via email:        KATHLEEN M. GAUGHAN, Defense Counsel
                     PATRICK JOSEPH MURRAY, AUSA
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice

(July 2021)