IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> HENRY FORD <br><br> Defendant. | CRIMINAL ACTION <br> NO. 23-130 |

## **ORDER**

**AND NOW**, this 3rd day of December 2024, upon consideration of Defendant Henry Ford's Motion to Revoke Pretrial Detention (Doc. No. 34), the Government's Response in Opposition (Doc. No. 36), the arguments made by counsel for the parties at the November 20, 2024 hearing at which Defendant was present, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Revoke Pretrial Detention (Doc. No. 34) is **DENIED**.

BY THE COURT:


 /s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.