IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HENRY FORD,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 23-130 |

### ORDER

**AND NOW**, this 5th day of January 2026, upon consideration of the Government's Sentencing Memorandum (Doc. No. 72), Defendant Henry Ford's Sentencing Memorandum (Doc. No. 76), the Government's Supplemental Sentencing Memorandum (Doc. No. 83), Defendant Henry Ford's Supplemental Sentencing Memorandum (Doc. No. 84), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the following Sentencing Guidelines are applicable to Defendant Henry Ford at sentencing:

- **Base Offense Level:** The guideline for a violation of 18 U.S.C. § 1343 is USSG §2B1.1. Since the offenses of conviction have a statutory maximum term of imprisonment of 20 years, the base offense level is seven. USSG §2B1.1(a)(1).  **7**

- **Specific Offense Characteristics:** The defendant defrauded the victims out of $2,095,480.38. Since the loss exceeded $1,500,000, but was less than $3,500,000, [sixteen (16) levels are added]. USSG §2B1.1(b)(1)(J).  **+16**

- **Specific Offense Characteristics:** The defendant's fraudulent conduct involved 61 victims. Since the offense involved ten or more victims, two levels are added. USSG §2B1.1(b)(2)(A)(i).  **+2**

- **Victim Related Adjustment:** None.  **0**

- **Adjustment for Role in the Offense:** None.  **0**

- **Adjustment for Obstruction of Justice:** Since the defendant willfully obstructed or impeded, or attempted to obstruct or impede,

the administration of justice with respect to the investigation, prosecution, or sentencing of the instant offense of conviction, and the obstructive conduct related to the defendant's offense of conviction or any relevant conduct; or a closely related offense; therefore, two levels are added. USSG §3C1.1.   **+2**

- **Adjusted Offense Level (Subtotal):**   **27**

- **Chapter Four Enhancement:** None.   **0**

- **Acceptance of Responsibility:** The defendant has clearly demonstrated acceptance of responsibility for the offense. Accordingly, the offense level is decreased by two levels. USSG §3E1.1(a).   **-2**

- **Acceptance of Responsibility:** The defendant has assisted the authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the intention to enter a plea of guilty. Accordingly, the offense level is decreased by one additional level.   **-1**

- **Total Offense Level:**   **24**

At Offense Level of 24, with a Criminal History Category of II, the guideline range for imprisonment is 57 to 71 months.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.